## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Gordon, Theresa

Printed:  9/16/08

Case Number:  07 B 13553
Judge:  Hollis, Pamela S
Filed:  7/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  August 4, 2008
Confirmed:  October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,400.00 |  |
| Secured: |  | 1,846.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 417.60 |
| Trustee Fee: |  | 136.20 |
| Other Funds: |  | 0.00 |
| Totals: | 2,400.00 | 2,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,834.00 | 417.60 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Prairie Trail Credit Union | Secured | 17,761.09 | 1,846.20 |
| 4. | Wells Fargo Home Mortgage | Secured | 1,260.80 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 1,600.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 2,253.46 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 64.34 | 0.00 |
| 8. | Prairie Trail Credit Union | Unsecured | 0.57 | 0.00 |
| 9. | Allstate | Unsecured |  | No Claim Filed |
| 10. | Centrix Financial A/K/A FlatIron Fin | Unsecured |  | No Claim Filed |
| 11. | Newport News | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,774.26 | $ 2,263.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 97.20 |
| 6.5% | 39.00 |
|  | _____ |
|  | $ 136.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Gordon, Theresa

Printed:  9/16/08

Case Number:  07 B 13553
Judge:  Hollis, Pamela S
Filed:  7/28/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

